EXHIBIT 2

# Pinehurst Builders, a Division of Beazer
# Purchase Order

*1107 48th Avenue North*
*Suite 110*
*Myrtle Beach, SC 29577*
*(843)839-2767*
*(843)839-2635*

| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 7/19/04 |
| Started | 05/12/04 |
| CONTRACT/PO# | 5069683 OH 030 |
| DESCRIPTION | HVAC / First Ocean Air |
| SUBDIVISION | 35250010000 |
| PHASE | |

**VENDOR**
First Ocean Air, Inc.
7369 Pireway Road
Longwood    NC   28452

**SHIP TO**
LOT: 0605  PLN: 1542  ELE: E  SWG: L
223-E Connemara Drive
World Tour/St Andrews Townhome

| VENDOR # | 00111100 | PAY REQUEST # | PERIOD FROM: | PERIOD TO: | |
|---|---|---|---|---|---|
| Quantity | UM | Item Description Option | Cost Code Cost Code Descrip | Unit Price | Extended |
| 1 | | | 51051    1520 Draw 1 - TK HVAC | 2,670.0000 | 2,670.00 |
| 1 | | | 51052    1520 Draw 2 - TK HVAC | 1,780.0000 | 1,780.00 |
| | | | | Subtotal - | 4,450.00 |
| | | | | Tax - | .00 |
| | | | | Total - | 4,450.00 |

| APPROVED BY | | DATE | |
|---|---|---|---|

Form P555032-AFPP

KTURNER

BEAZER-0019942

# Beazer Homes Corp.
# Purchase Order

*1107 48th Ave N, Suite 110*
*Myrtle Beach, SC 29577-5443*

*(843)839-2767*
*(843)839-2635*



| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 2/09/05 |
| STARTED | 1/06/05 |
| CONTRACT/PO# | 5656590   OH  055 |
| DESCRIPTION | HVAC / First Ocean Ai |
| SUBDIVISION | 35250010000 |
| PHASE | |
| CLOSE DATE | |

**VENDOR:**
First Ocean Air, Inc.
7369 Pireway Road
Longwood          NC   28452
(910)287-3494         Fax - (910)287-3495
bennettjr@atmc.net

**SHIP TO:**
LOT: 1105  PLN: 1542  ELE: E  SWG: L
250-E Connemara Drive
World Tour/St Andrews Townhome

| VENDOR#  00111100 | PAY REQUEST# | PERIOD FROM: | PERIOD TO: |
|---|---|---|---|

| Quantity | UM | Item Description / Option | Cost Code / Cost Code Descrip | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | | Draw 1 - TK HVAC<br>Includes $96.00 for the supply and install of the bath fans<br>TO START ON BLDG 8 | 51051     1520 | 2,878.5000 | 2,878.50 |
| 1 | | Draw 2 - TK HVAC<br>TO START ON BLDG 8 | 51052     1520 | 1,919.0000 | 1,919.00 |
| | | | Subtotal - | | 4,797.50 |
| | | | Tax - | | .00 |
| | | | Total - | | 4,797.50 |

APPROVED BY                                         DATE                                         KTURNER

Form P575032(p)

BEAZER-0093190

# Pinehurst Builders, a Division of Beazer
# Purchase Order

*1107 48th Avenue North*
*Suite 110*
*Myrtle Beach, SC 29577*
*(843)839-2767*
*(843)839-2635*

| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 7/07/04 |
| Started | 05/26/04 |
| CONTRACT/PO# | 5069190 OH 021 |
| DESCRIPTION | HVAC / First Ocean Air |
| SUBDIVISION | 35250010000 |
| PHASE | |

**VENDOR**
First Ocean Air, Inc.
7369 Pireway Road
Longwood    NC   28452

**SHIP TO**
LOT: 0501  PLN: 1542  ELE: A  SWG: R
220-A Connemara Drive
World Tour/St Andrews Townhome

| VENDOR # | 00111100 | PAY REQUEST # | | PERIOD FROM: | PERIOD TO: |
|---|---|---|---|---|---|
| Quantity | UM | Item Description Option | Cost Code Cost Code Descrip | Unit Price | Extended |
| 1 | | | 51051  1520  Draw 1 - TK HVAC | 2,670.0000 | 2,670.00 |
| 1 | | | 51052  1520  Draw 2 - TK HVAC | 1,780.0000 | 1,780.00 |
| | | | | Subtotal - | 4,450.00 |
| | | | | Tax - | .00 |
| | | | | Total - | 4,450.00 |

| APPROVED BY | | DATE | |
|---|---|---|---|

Form P555032-AFPP

KTURNER

BEAZER-0019692

# The Painter & Company
PO Box 1963
Shallotte, NC 28459
Office/Fax: 910-754-6660
Mobile: 910-367-9886
Nextel: 150*568527*1

November 22, 2005

Invoice # 313
PO # 7250647 OJ

St. Andrews
Bldg 16
265-D Connemara Drive
Vendor # 00229014

**Re: Extra Work Order**
   1) Touch up due to previous painter leaving building unfinished

   **Total: $310.00**

Thank you,

*Richard Herron*

Richard Herron

BEAZER-0351898

# Beazer Homes Corp.
# Change Order

*1107 48th Ave N, Suite 110*
*Myrtle Beach, SC 29577-5443*

(843)839-2767
(843)839-2635



| Revised | |
|---|---|
| PAGE NO. | 1 |
| PRINTED | 12/10/05 |
| STARTED | 4/12/05 |
| CONTRACT/PO# | 7201369   OJ   000 |
| DESCRIPTION | BAC/paintLedge/The Pa |
| SUBDIVISION | 35250010000 |
| PHASE | |
| CLOSE DATE | 9/09/05 |

| VENDOR | | SHIP TO | |
|---|---|---|---|
| Richard Lee Herron<br>dba The Painter and Company<br>P.O. Box 1963<br>Shallotte    NC   28459<br>(910)754-6660    Fax - (910)754-6660<br>thepainters@atmc.net | | LOT: 1405  PLN: 1542  ELE: E  SWG: L<br>257-E Connemara Drive<br>World Tour/St Andrews Townhome | |

VENDOR#  00229014     PAY REQUEST#     PERIOD FROM:     PERIOD TO:

| Quantity | UM | Item Description<br>Option | Cost Code<br>Cost Code Descrip | | Unit Price | Extended |
|---|---|---|---|---|---|---|
| 1 | | Touch-up Paint | 57300 | 1520 | 20.0000 | 20.00 |
| | | charge to paint the plantLedge. Back charge Quick Pro Paint | | | | |
| | | | | Subtotal - | | 20.00 |
| | | | | Tax - | | .00 |
| | | | | Total - | | 20.00 |



| APPROVED BY | | DATE | |
|---|---|---|---|

Form P575032(p)

KTURNER

BEAZER-0351902

# Beazer Homes Corp.
# Change Order

*1107 48th Ave N, Suite 110*
*Myrtle Beach, SC 29577-5443*

(843)839-2767
(843)839-2635



| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 1/03/06 |
| STARTED | 5/31/05 |
| CONTRACT/PO# | 7413090   OJ   000 |
| DESCRIPTION | OTH/PAINTING/THE PAIN |
| SUBDIVISION | 35250010000 |
| PHASE | |
| CLOSE DATE | 12/13/05 |

**VENDOR**
Richard Lee Herron
dba The Painter and Company
P.O. Box 1963
Shallotte       NC  28459
(910)754-6660        Fax - (910)754-6660
thepainters@atmc.net

**SHIP TO**
LOT: 1801  PLN: 1542  ELE: A  SWG: R
273-A Connemara Drive
World Tour/St Andrews Townhome

VENDOR#   00229014        PAY REQUEST#         PERIOD FROM:          PERIOD TO:

| Quantity | UM | Item Description / Option | Cost Code / Cost Code Descrip | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | | Interior Paint<br>COST OF GENERAL TOUCH UP BECAUSE FO SHEET ROCK WORK AND<br>OTHER SUB'S WORK FOLLOWING SEVERAL WALK THROUGHS | 57200     1520 | 560.0000 | 560.00 |
| | | | | Subtotal - | 560.00 |
| | | | | Tax - | .00 |
| | | | | Total - | 560.00 |

APPROVED BY _____     DATE _____

Form P575032(p)

KTURNER

BEAZER-0351974

# Pinehurst Builders, a Division of Beazer
# Purchase Order

*1107 48th Avenue North*
*Suite 110*
*Myrtle Beach, SC 29577*
*(843)839-2767*
*(843)839-2635*

*ST. ANDREWS ① PAGE*
*BLDG #2*
*200 A=201*

| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 2/02/04 |
| Started | 11/05/03 |
| CONTRACT/PO# | 4516242 OH  006 |
| DESCRIPTION | Cabnts Tkey / Marsh Furn |
| SUBDIVISION | 35250010000 |
| PHASE | |

**VENDOR**
Marsh Furniture Company
P.O. Box 65893
Charlotte   NC  28265

**SHIP TO**
LOT: 0201  PLN: 1542  ELE: A  SWG: R
201-A Connemara Drive
World Tour/St Andrews Townhome

| VENDOR # | 00111163 | PAY REQUEST # | | PERIOD FROM: | | PERIOD TO: | |
|---|---|---|---|---|---|---|---|
| Quantity | UM | Item Description Option | Cost Code | Cost Code Descrip | | Unit Price | Extended |
| 1 | | | 55020 Cabinets | 1520 | | 2,281.0000 | 2,281.00 |
| 1 | | CAB01380 Upg Dover White Cabs | 55020 Cabinets | 1520 | | 326.0000 | 326.00 |
| | | | | | Subtotal - | | 2,607.00 |
| | | | | | Tax - | | .00 |
| | | | | | Total - | | 2,607.00 |

COUNTER TOP: 4551-01 BLACKSTAR GRANITE (WILSON ART)

| APPROVED BY | | DATE | |
|---|---|---|---|

Form P555032-AFPP

KTURNER

BEAZER-0090199

# Crossmann Communities of NC, Inc
# Purchase Order

*A Division of Beazer Homes*
*1107 48th Avenue North, Suite 110*
*Myrtle Beach, SC 29577-5443*
(843)839-2767
(843)839-2635

*(3)-PAGES*
*B ¿C TO COME LATER TODAY 7/29/04*

| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 7/29/04 |
| Started | 05/26/04 |
| CONTRACT/PO# | 5069201 OH 021 |
| DESCRIPTION | Cabnts Tkey / Marsh Furn |
| SUBDIVISION | 35250010000 |
| PHASE | |

**VENDOR**
Marsh Furniture Company
P.O. Box 65893
Charlotte   NC  28265

**SHIP TO**
LOT: 0501 PLN: 1542 ELE: A SWG: R
220-A Connemara Drive
World Tour/St Andrews Townhome

| VENDOR # | 00111163 | PAY REQUEST # | | PERIOD FROM: | | PERIOD TO: | |
|---|---|---|---|---|---|---|---|
| Quantity | UM | Item Description Option | Cost Code | Cost Code Descrip | | Unit Price | Extended |
| 1 | | | 55020 | 1520 | | 2,281.0000 | 2,281.00 |
| | | | Cabinets | | | | |
| 1 | | | 55020 | 1520 | | 326.0000 | 326.00 |
| | | | Cabinets | | | | |
| | | CAB01380 Upg Dover White Cabs | | | | | |
| 1 | | | 55020 | 1520 | | 293.0000 | 293.00 |
| | | | Cabinets | | | | |
| | | CAB01451 42" Tall cabinets (White) *Kitchen* | | | | | |
| 1 | | | 55020 | 1520 | | 450.0000- | 450.00- |
| | | | Cabinets | | | | |
| | | CAB01390 Corian Kitchen Counter *Promotional Color* | | | | | |
| | | | | | Subtotal - | | 2,450.00 |
| | | | | | Tax - | | .00 |
| | | | | | Total - | | 2,450.00 |

| APPROVED BY | | DATE | |
|---|---|---|---|

BEAZER-0091028

# Beazer Homes Corp.
# Purchase Order

*1107 48th Ave N, Suite 110*
*Myrtle Beach, SC 29577-5443*

*(843)839-2767*
*(843)839-2635*



| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 2/13/05 |
| STARTED | 5/26/04 |
| CONTRACT/PO# | 5069363   OH 025 |
| DESCRIPTION | Cabnts Tkey / Marsh F |
| SUBDIVISION | 35250010000 |
| PHASE | |
| CLOSE DATE | 9/29/04 |

| V E N D O R | Marsh Furniture Company<br>P.O. Box 65893<br>Charlotte         NC   28265<br>(843)272-3255      Fax - (843)361-0831<br>sccabinets@aol.com | S H I P  T O | LOT: 0505  PLN: 1542  ELE: E  SWG: L<br>220-E Connemara Drive<br>World Tour/St Andrews Townhome |
|---|---|---|---|

| VENDOR#   00111163 | PAY REQUEST# | PERIOD FROM: | PERIOD TO: |
|---|---|---|---|

| Quantity | UM | Item Description<br>Option | Cost Code<br>Cost Code Descrip | | Unit Price | Extended |
|---|---|---|---|---|---|---|
| 1 | | Cabinets | 55020 | 1520 | 2,281.0000 | 2,281.00 |
| 1 | | Cabinets<br>CAB01381<br>Upg Concord Maple Cabs | 55020 | 1520 | 879.0000 | 879.00 |
| 1 | | Cabinets<br>CAB01390<br>Corian Kitchen Counter<br>*Promotional Color* | 55020 | 1520 | 450.0000- | 450.00- |
| | | | | Subtotal - | | 2,710.00 |
| | | | | Tax - | | .00 |
| | | | | Total - | | 2,710.00 |

Inv 926658

| APPROVED BY | | DATE | |
|---|---|---|---|

Form P575032(p)

HSTEED

BEAZER-0422953

# INVOICE



**TRIANGLE BRICK COMPANY**
Toll Free No.
800 672-8547

**Please Remit To:**
Triangle Brick Co.
P.O. Box 900002
Raleigh, N C 27675-9000

JAN 2 3 2004

```
Invoice To:                         Ordered By Customer:
    PINEHURST BUILDERS                  PINEHURST BUILDERS          Invoice Number   502993
    1107 48TH AVENUE NORTH
    SUITE 110                                                       Invoice Date     01-21-2004
    MYRTLE BEACH, SC  29577-
                                                                    Job Number       100022
Phone  (843) 839-2767               Deliver To:                     Customer         5453
                                        201-C CONNEMARA DRIVE
Fax    (843) 839-2635                   WORLD TOUR/ST ANDREWS TOWNHOME    Terms      NET 30 DAYS
                                        MYRTLE BEACH, SC 9    -
                                                                    Ship Via         TBC TRUCK

                                                                    Ship Date        01-20-2004
Customer Reference       Customer Contact       Ship To Phone ( ) -
4548731                                         Ship To Fax   ( ) -

Order    Delivery   Invoice
Number   Ticket     Quantity  Uom  Part Code   Description           Plant/Whse    Price Uom   Line Value
-------  --------   --------  ---  ---------   -----------           ----------    ---------   ----------
239691   296498        1,020  EA   1000        Camden Modular Cored  Merry Oaks    220.00 THOU    224.40
```

```
                                                        Line Totals                           224.40
                                                                                Percent
                                                        Trade Discount           5.0000       (11.22)
                                                                                              -------
                                                        Net Subtotal                          213.18

                                                        Total Tax                              10.66

                                                        Misc/Freight                            0.00
                                                                                              -------
                                                        Total Due                             223.84
```

**TERMS AND CONDITIONS:**
1. Invoice prices and quantities will be deemed correct unless contested in writing within 7 business days of the invoice date.
2. Invoices not paid in accordance with the above terms of sale are subject to a finance charge of 1 1/2% per month on the unpaid merchandise balance. (Effective annual rate of 18%)
3. Triangle Brick Co. reserves the right to suspend shipments if an account balance is past due.

BEAZER-0380771



**Crossmann Communities of North Carolina, Inc.**
Myrtle Beach Division
1107 48th Avenue North, Suite 110
Myrtle Beach, South Carolina 29577
(843)839-2767

BANK ONE, NA
CHICAGO, ILLINOIS
PAYABLE THROUGH FCC NATIONAL BANK
WILMINGTON, DELAWARE

NO. 35007123

62-28/311

| ISSUE DATE | AMOUNT |
|---|---|
| 09/30/04 | $*****4,354.29 |

PAY  FOUR THOUSAND THREE HUNDRED FIFTY FOUR AND 29/100 **********************************

Two signatures Required For Checks Exceeding $10,000.00

PAY TO THE ORDER OF

Triangle Brick Company
P.O. Box 900002
Raleigh NC 27675-9000

*Bryan D Beck*
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

VOID IF NOT CASHED WITHIN 90 DAYS

⑈35007123⑈ ⑉031100283⑊ 64460 2427⑈

DETACH HERE FOR YOUR RECORDS

| Invoice Date | Contract # | Voucher/Type/Pay Item | Account Number | Gross | Tax | Discount | Net |
|---|---|---|---|---|---|---|---|
| Lot# Address/Remarks | | | Cost Code Description | | | | |
| 08/12/04 | 05186134 | 06579781 OV 000 | 35250010301.1520.46142 | 8.19 | .41 | | 8.60 |
| 0301 210-A Connemara Drive 531385 | | | Brick Materials | | | | |
| 08/12/04 | 05186136 | 06579783 OV 000 | 35250010501.1520.46142 | 8.19 | .41 | | 8.60 |
| 0501 220-A Connemara Drive 531384 | | | Brick Materials | | | | |
| 08/12/04 | 05186137 | 06579784 OV 000 | 35250010601.1520.46142 | 8.19 | .41 | | 8.60 |
| 0601 223-A Connemara Drive 531386 | | | Brick Materials | | | | |
| 08/25/04 | 05119994 | 06579785 OV 000 | 35230010067.1520.46142 | 74.61 | 3.73 | | 78.34 |
| 0067 392 McKendree Lane 533016 | | | Brick Materials EXT01322 | | | | |
| 09/08/04 | 05077585 | 06579786 OV 000 | 35222019600.1520.46142 | 672.79 | | 2.67 | 670.12 |
| 9600 Bldg 96 534854 | | | Brick Materials | | | | |
| 09/08/04 | 05145496 | 06579788 OV 000 | 35222019500.1520.46142 | 672.79 | | 2.67 | 670.12 |
| 9500 Bldg 95 534853 | | | Brick Materials | | | | |
| 09/08/04 | 05330672 | 06581977 OV 000 | 35232019000.1515.29040 | 2,909.91 | | | 2,909.91 |
| 9000 Wakefield 153 Lots 534849 | | | Monument, Wall & Signs | | | | |
| Totals for Address Book# - 00111247 | | | | 4,354.67 | 4.96 | 5.34 | 4,354.29 |

| CHECK DATE | 09/30/04 | CHECK NUMBER | 35007123 |
|---|---|---|---|

rm S045720

BEAZER-0380841

# INVOICE



**TRIANGLE BRICK COMPANY**
Toll Free No.
800 672-8547

**Please Remit To:**
Triangle Brick Co.
P.O. Box 900002
Raleigh, N C 27675-9000

Invoice To:
BEAZER HOMES CORP
1107 48TH AVENUE NORTH
SUITE 110
MYRTLE BEACH, SC 29577-

Ordered By Customer:
BEAZER HOMES CORP

Phone (843) 839-2767
Fax   (843) 839-2635

Deliver To:
LOT 1103 ST ANDREWS
250-C CONNEMARA DR
MYRTLE BEACH, SC 9   -

Invoice Number 561159
Invoice Date   03-25-2005
Job Number     100109
Customer       5453
Terms          NET 30 DAYS
Ship Via       TBC TRUCK
Ship Date      03-24-2005

Customer Reference      Customer Contact       Ship To Phone ( )  -
6038872/5656525         FAX                    Ship To Fax   ( )  -

| Order Number | Delivery Ticket | Invoice Quantity | Uom | Part Code | Description | Plant/Whse | Price | Uom | Line Value |
|---|---|---|---|---|---|---|---|---|---|
| 276595 | 355799 | 3,570 | EA | 1000 | Camden Modular Cored | Merry Oaks | 231.00 | THOU | 824.67 |
| 276595 | 355799 | 6 | EA | 1000S | Camden Modular Solids | Merry Oaks | 462.00 | THOU | 2.77 |



RECEIVED
MAR 2 8 2005
BEAZER HOMES CORP.
MYRTLE BEACH DIVISION

Line Totals                              827.44
                          Percent
Trade Discount            5.0000        (41.37)
Net Subtotal                             786.07
Total Tax                                 39.30
Misc/Freight                               0.00
Total Due        826.81                  825.37
                           x 1.44

**TERMS AND CONDITIONS:**

1. Invoice prices and quantities will be deemed correct unless contested in writing within 7 business days of the invoice date.
2. Invoices not paid in accordance with the above terms of sale are subject to a finance charge of 1 1/2% per month on the unpaid merchandise balance. (Effective annual rate of 18%)
3. Triangle Brick Co. reserves the right to suspend shipments if an account balance is past due.

BEAZER_0418316

# INVOICE



**TRIANGLE BRICK COMPANY**
Toll Free No.
800 672-8547

RECEIVED MAY 27 2005 BEAZER HOMES CORP MYRTLE BEACH DIVISION

**Please Remit To:**
Triangle Brick Co.
P.O. Box 900002
Raleigh, N C 27675-9000

Invoice To:
BEAZER HOMES CORP
1107 48TH AVENUE NORTH
SUITE 110
MYRTLE BEACH, SC  29577-

Phone  (843) 839-2767
Fax    (843) 839-2635

Ordered By Customer:
BEAZER HOMES CORP

Deliver To:
251-C CONNEMARA DRIVE
LOT 1203
MYRTLE BEACH, SC  9     -

| | |
|---|---|
| Invoice Number | 571482 |
| Invoice Date | 05-25-2005 |
| Job Number | 100125 |
| Customer | 5453 |
| Terms | NET 30 DAYS |
| Ship Via | TBC TRUCK |
| Ship Date | 05-24-2005 |

Customer Reference    Customer Contact    Ship To Phone ( ) -
5928641               FAX                 Ship To Fax   ( ) -

| Order Number | Delivery Ticket | Invoice Quantity | Uom | Part Code | Description | Plant/Whse | Price | Uom | Line Value |
|---|---|---|---|---|---|---|---|---|---|
| 282586 | 366459 | 3,570 | EA | 1000 | Camden Modular Cored | Merry Oaks | 231.00 | THOU | 824.67 |
| 282586 | 366459 | 6 | EA | 1000S | Camden Modular Solids | Merry Oaks | 462.00 | THOU | 2.77 |

|  |  |  |
|---|---|---|
| Line Totals |  | 827.44 |
|  | Percent |  |
| Trade Discount | 5.0000 | (41.37) |
| Net Subtotal |  | 786.07 |
| Total Tax |  | 39.30 |
| Misc/Freight |  | 0.00 |
| Total Due |  | 825.37 |

1.44

**TERMS AND CONDITIONS:**

1. Invoice prices and quantities will be deemed correct unless contested in writing within 7 business days of the invoice date.
2. Invoices not paid in accordance with the above terms of sale are subject to a finance charge of 1 1/2% per month on the unpaid merchandise balance. (Effective annual rate of 18%)
3. Triangle Brick Co. reserves the right to suspend shipments if an account balance is past due.

BEAZER_0418356

# Crossmann Communities of NC, Inc
# Purchase Order

*A Division of Beazer Homes*
*1107 48th Avenue North, Suite 110*
*Myrtle Beach, SC 29577-5443*
  *(843)839-2767*
  *(843)839-2635*

  1-PAGE



| | Revised | |
|---|---|---|
| PAGE NO. | | 1 |
| PRINTED | | 1/04/05 |
| STARTED | | 10/28/04 |
| CONTRACT/PO# | 5443366 | OH 043 |
| DESCRIPTION | TKEY FRAMING/Universa | |
| SUBDIVISION | 35250010000 | |
| PHASE | | |
| CLOSE DATE | | |

**VENDOR:**
Universal Forest Products Shoffner, LLC
P.O. Box 530155
Atlanta          GA   30353-0155

(843)248-0123       Fax - (910)653-5771

**SHIP TO:**
LOT: 0903  PLN: 1722  ELE: C  SWG: L
240-C Connemara Drive
World Tour/St Andrews Townhome

VENDOR#   00111254          PAY REQUEST#          PERIOD FROM:          PERIOD TO:

| Quantity | UM | Item Description Option | Cost Code Cost Code Descrip | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | | Framing Turnkey<br>Framing is "Dried in Package" this includes windows, exterior doors, and sliders. The only sheetrock included is for the roof truss gables at fire walls. Price includes Truss to Truss connectors. | 44120    1520 | 18,639.6200 | 18,639.62 |
| 1 | | Draw 1 - Framing Labor | 44521    1520 | 9,319.8000 | 9,319.80 |
| 1 | | Draw 2 - Framing Labor | 44522    1520 | 3,106.6000 | 3,106.60 |
| 1 | | Framing Turnkey<br>RMS01653<br>Deluxe Master Bath *Fiberglass<br>Tub & 3' Shower w/Door    *Includes 80 gallon H20 Heate | 44120    1520 | .0010 | |

                                                         Subtotal -     31,066.02
                                                              Tax -           .00
                                                            Total -     31,066.02

☆ NOTE ADDITION

APPROVED BY                                    DATE

Form P575037(n)                                                          KTURNER

BEAZER-0020790

# Beazer Homes Corp.
# Purchase Order

*1107 48th Ave N, Suite 110*
*Myrtle Beach, SC 29577-5443*

*(843)839-2767*
*(843)839-2635*



ATTN: CHRIS PHILLIPS / CINDY



| | Revised | |
|---|---|---|
| | PAGE NO. | 1 |
| | PRINTED | 2/08/05 |
| | STARTED | 1/06/05 |
| | CONTRACT/PO# | 5656545   OH  054 |
| | DESCRIPTION | TKEY FRAMING/Universa |
| | SUBDIVISION | 35250010000 |
| | PHASE | |
| | CLOSE DATE | |

| V E N D O R | Universal Forest Products Shoffner, LLC<br>P.O. Box 530155<br>Atlanta        GA   30353-0155<br>(843)248-0123         Fax - (910)653-5771 | S H I P   T O | LOT: 1104  PLN: 1368  ELE: D  SWG: L<br>250-D Connemara Drive<br>World Tour/St Andrews Townhome |
|---|---|---|---|

| VENDOR#   00111254 | PAY REQUEST# | PERIOD FROM: | PERIOD TO: | |
|---|---|---|---|---|
| Quantity  UM | Item Description<br>Option | Cost Code<br>Cost Code Descrip | Unit Price | Extended |
| 1 | | 44120<br>Framing Turnkey<br>Framing is "Dried in Package" this includes windows,<br>exterior doors, and sliders. The only sheetrock included<br>is for the roof truss gables at fire walls.<br>Price includes Truss to Truss connectors. | 1520 | 14,774.4000 | 14,774.40 |
| 1 | | 44521<br>Draw 1 - Framing Labor | 1520 | 7,387.2000 | 7,387.20 |
| 1 | | 44522<br>Draw 2 - Framing Labor | 1520 | 2,462.4000 | 2,462.40 |

|  |  |
|---|---|
| Subtotal - | 24,624.00 |
| Tax - | .00 |
| Total - | 24,624.00 |

HOMEOWNER DOES NOT
WANT THE OPTIONAL POWDER ROOM!
02/08/05

| APPROVED BY | | DATE | | |
|---|---|---|---|---|
| Form P575032(p) | | | | KTURNER |

BEAZER-0021111

# Beazer Homes Corp.
# Purchase Order

*1107 48th Ave N, Suite 110*
*Myrtle Beach, SC 29577-5443*

*(843)839-2767*
*(843)839-2635*



| | Revised | |
|---|---|---|
| PAGE NO. | | 1 |
| PRINTED | | 3/03/05 |
| STARTED | | 1/06/05 |
| CONTRACT/PO# | | 5699142   OH 057 |
| DESCRIPTION | | TKEY FRAMING/Universa |
| SUBDIVISION | | 35250010000 |
| PHASE | | |
| CLOSE DATE | | |

| V E N D O R | Universal Forest Products Shoffner, LLC<br>P.O. Box 530155<br>Atlanta          GA   30353-0155<br>(843)248-0123          Fax - (910)653-5771 | S H I P   T O | LOT: 1202  PLN: 1368  ELE: B  SWG: R<br>251-B Connemara Drive<br>World Tour/St Andrews Townhome |
|---|---|---|---|

| VENDOR# | 00111254 | PAY REQUEST# | | PERIOD FROM: | | PERIOD TO: | |
|---|---|---|---|---|---|---|---|

| Quantity | UM | Item Description<br>Option | Cost Code<br>Cost Code Descrip | | Unit Price | Extended |
|---|---|---|---|---|---|---|
| 1 | | Framing Turnkey<br>PLM01666<br>Opt.Powder Room/Pedestal Sink<br>*STD Vinyl/White Cabs in Unit*  ***White Cabinets*** | 44120 | 1520 | .0010 | |
| 1 | | Draw 1 - Framing Labor | 44521 | 1520 | 7,838.6400 | 7,838.64 |
| 1 | | Draw 2 - Framing Labor | 44522 | 1520 | 2,612.8800 | 2,612.88 |
| | | | | | Subtotal - | 10,451.52 |
| | | | | | Tax - | .00 |
| | | | | | Total - | 10,451.52 |

| APPROVED BY | DATE | |
|---|---|---|
| | | KTURNER |

Form P575032(p)

BEAZER-0021810

**Beazer Homes Corp.**
**Purchase Order**

*1107 48th Ave N, Suite 110*
*Myrtle Beach, SC 29577-5443*

*(843)839-2767*
*(843)839-2635*



| Revised | |
|---|---|
| PAGE NO. | 1 |
| PRINTED | 3/18/05 |
| STARTED | 3/18/05 |
| CONTRACT/PO# | 6011530  OH  075 |
| DESCRIPTION | TKEY FRAMING/Universa |
| SUBDIVISION | 35250010000 |
| PHASE | |
| CLOSE DATE | |

| V E N D O R | Universal Forest Products Shoffner, LLC<br>P.O. Box 530155<br>Atlanta      GA   30353-0155<br>(843)248-0123       Fax - (910)653-5771 | S H I P  T O | LOT: 1505  PLN: 1542  ELE: E  SWG: L<br>260-E Connemara Drive<br>World Tour/St Andrews Townhome |
|---|---|---|---|

| VENDOR# 00111254 | PAY REQUEST# | PERIOD FROM: | PERIOD TO: |
|---|---|---|---|

| Quantity | UM | Item Description<br>Option | Cost Code<br>Cost Code Descrip | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | | | 44120      1520 | 17,671.3200 | 17,671.32 |
| | | Framing Turnkey<br>Framing is "Dried in Package" this includes windows,<br>exterior doors, and sliders. The only sheetrock included<br>is for the roof truss gables at fire walls.<br>Price includes Truss to Truss connectors. | | | |
| 1 | | | 44120      1520 | .0000 | |
| | | Framing Turnkey<br>RMS01653<br>Deluxe Master Bath *Fiberglass<br>Tub & 3' Shower w/Door | *Includes 80 gallon H20 Heate | | |
| 1 | | | 44521      1520 | 8,835.6600 | 8,835.66 |
| | | Draw 1 - Framing Labor | | | |
| 1 | | | 44522      1520 | 2,945.2200 | 2,945.22 |
| | | Draw 2 - Framing Labor | | | |

Subtotal -  29,452.20
Tax -         .00
Total -  29,452.20

APPROVED BY                              DATE

Form P575032(n)                                                                KTURNER

BEAZER-0022814

# Pinehurst Builders, a Division of Beazer
## Purchase Order

*1107 48th Avenue North*
*Suite 110*
*Myrtle Beach, SC 29577*
*(843)839-2767*
*(843)839-2635*

BLDG #3
UNIT B

| | |
|---|---|
| Revised | |
| PAGE NO. | 1 |
| PRINTED | 5/04/04 |
| Started | 03/30/04 |
| CONTRACT/PO# | 4875523 OH 012 |
| DESCRIPTION | KEY FRAMING/Universal Fores |
| SUBDIVISION | 35250010000 |
| PHASE | |
| | |

**VENDOR**
Universal Forest Products Shoffner, LLC
P.O. Box 530155
Atlanta    GA    30353

**SHIP TO**
LOT: 0302  PLN: 1368  ELE: B  SWG: R
210-B Connemara Drive
World Tour/St Andrews Townhome

| VENDOR # | 00111254 | PAY REQUEST # | | PERIOD FROM: | PERIOD TO: | |
|---|---|---|---|---|---|---|
| Quantity | UM | Item Description Option | Cost Code Cost Code Descrip | | Unit Price | Extended |
| 1 | | | 44120      1520 Framing Turnkey | | 15,595.2000 | 15,595.20 |

Framing is "Dried in Package" this includes windows, exterior doors, and sliders. The only sheetrock included is for the roof truss gables at fire walls.
Price includes Truss to Truss connectors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | | | 44521      1520 Draw 1 - Framing Labor | | 7,797.6000 | 7,797.60 |
| 1 | | | 44522      1520 Draw 2 - Framing Labor | | 2,599.2000 | 2,599.20 |
| | | | | | Subtotal - | 25,992.00 |
| | | | | | Tax - | .00 |
| | | | | | Total - | 25,992.00 |

| APPROVED BY | | DATE | |
|---|---|---|---|
| | | | |

BEAZER-0090628